1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN HAMBLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 6:10-mj-00143 MJS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING/TRIAL SETTING |
| v. | ) ) | HEARING; ORDER THEREON |
| BRIAN HAMBLIN, | ) ) | Date: January 4, 2011 Time: 10:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED by and between SUSAN ST. VINCENT, Acting Legal Officer for the National Park Service, and Defendant, BRIAN HAMBLIN, and his attorney of record, JEREMY S. KROGER, that the status conference hearing/trial setting hearing in the above-captioned matter currently scheduled for October 19, 2010, be continued until January 4, 2011, at 10:00 a.m.

This continuance is requested to allow time for further defense investigation and negotiations.

///
///
///
///
///
///
///

1 | DATED: October 18, 2010 | By: /s/ Susan St. James
SUSAN ST. JAMES

DANIEL J. BRODERICK
Federal Defender

DATED: October 18, 2010 | By: /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
BRIAN HAMBLIN

* * * ORDER * * *

The Court, having reviewed the above request for a continuance of the October 19, 2010 status conference/trial setting currently until January 4, 2011, HEREBY ORDERS AS FOLLOWS:

1) The status conference/trial setting hearing in the matter of *U.S. v. Brian Hamblin*, shall be continued to January 4, 2011, at 10:00 a.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated:   October 20, 2010        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE