MICHAEL E. MITCHELL #240199
**LAW OFFICES OF MICHAEL E. MITCHELL
A PROFESSIONAL CORPORATION**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone:   (559) 222-2424
Facsimile:   (559) 222-2434

Attorney for Defendant:
BRIAN HAMBLIN

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Citation No.: 6:10-mj-00143 |
| )  | |
| Plaintiff,      ) | STIPULATION TO CONTINUE DATE |
| )  | FOR DEFENDANT BRIAN HAMBLIN |
| vs.      ) | STATUS CONFERENCE; PROPOSED |
| )  | ORDER |
| BRIAN HAMBLIN,      ) | |
| )  | |
| Defendant.      ) | Date: March 22, 2011 |
| )  | Time: 10:00 a.m. |
| )  | Place: Yosemite Court |

The parties, by and through their undersigned attorneys, hereby stipulate as follows:

1. The hearing on Defendant BRIAN HAMBLIN'S status conference presently scheduled for February 8, 2011 at 10:00am, may be continued until March 22, 2011 at 10:00 a.m. The reasons for this continuance is so that Defendant BRIAN HAMBLIN's counsel, Michael E. Mitchell, can pursue settlement discussions with the Government. Defendant BRIAN HAMBLIN excludes time under the Speedy Trial Act till March 22, 2011.

Dated: February 7, 2011        /s/ Michael E. Mitchell
                               Attorney for Defendant

Dated: February 7, 2011        /s/ Susan St. Vicent
                               Legal Officer/National Park Service

STIPULATION BY THE PARTIES TO CONTINUE STATUS CONFERENCE OF BRIAN HAMBLIN - 1

**ORDER**

IT IS SO ORDERED.




IT IS SO ORDERED.

Dated:   February 7, 2011              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE