1  MICHAEL E. MITCHELL #240199
   **LAW OFFICES OF MICHAEL E. MITCHELL**
2  **A PROFESSIONAL CORPORATION**
   285 W. Shaw Avenue, Suite 101
3  Fresno, California 93704
   Telephone:   (559) 222-2424
4  Facsimile:   (559) 222-2434

5  Attorney for Defendant:
   BRIAN HAMBLIN

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Citation No.: 6:10-mj-00143 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE DATE |
| ) | FOR DEFENDANT BRIAN HAMBLIN |
| vs. ) | STATUS CONFERENCE; ORDER |
| ) | |
| BRIAN HAMBLIN, ) | |
| ) | Date: April 20, 2011 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Place: Yosemite Court |
| ) | |
| ) | |
| ) | |
| ) | |

The parties, by and through their undersigned attorneys, hereby stipulate as follows: The hearing on Defendant BRIAN HAMBLIN'S Status Conference presently scheduled for April 06, 2011 at 10:00 a.m., may be continued until April 20, 2011 at 10:00 a.m. for Trial Setting. Defendant BRIAN HAMBLIN excludes time under the Speedy Trial Act till April 20, 2011.

Dated: April 01, 2011        /s/ Michael E. Mitchell
                             Attorney for Defendant

Dated: April 01, 2011        /s/ Susan St. Vicent
                             Legal Officer/National Park Service

STIPULATION BY THE PARTIES TO CONTINUE STATUS CONFERENCE OF BRIAN HAMBLIN - 1

## **ORDER**

There being no reason given for the proposed continuance and the purpose for the Status Conference being simply to set a trial date, the Stipulation is rejected.  Counsel for the parties shall appear at April 6, 2011 at 10:00 AM to set a date for trial forthwith.

IT IS SO ORDERED.

Dated:   April 4, 2011                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE